UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **KENNITH WADE ANTHONY** | **CIVIL ACTION NO. 22-0815** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 9] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Kennith Wade Anthony's request for habeas corpus relief is **DISMISSED WITHOUT PREJUDICE** to his right to pursue the relief in a separate habeas corpus proceeding after he exhausts all of his state remedies.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 6th day of July 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE